1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHAEL ALAN YOCOM,                        Case No. 19-cv-02949-JST

               Plaintiff,
8
                                                **ORDER OF DISMISSAL**
          v.
9
10   TINA FOSS, et al.,

               Defendants.
11

12

13         Plaintiff, a person incarcerated at Atascadero State Hospital, has filed a *pro se* action

14   pursuant to 42 U.S.C. § 1983.  On January 3, 2022, the Court screened Plaintiff's first amended

15   complaint.[1]  The Court found that the amended complaint failed to state cognizable claims,

16   proffered vague and conclusory allegations, and violated Fed. R. Civ. P. 20's joinder rules.  The

17   Court also noted that the amended complaint's claim that Plaintiff has been denied medical

18   treatment was contradicted by the allegations in the complaint that indicate that Plaintiff has

19   received significant medical treatment.  ECF No. 46.  The Court dismissed the amended complaint

20   with leave to amend to address the identified deficiencies and ordered Plaintiff to file an amended

21   complaint by February 3, 2022.  ECF No. 46.  On February 17, 2022, Plaintiff filed an objection to

22   the dismissal, stating that he has no ability to amend the complaint because Defendants have

23   destroyed his case files and have transferred him to Atascadero State Hospital; that he disagrees

24   with the undersigned's rulings and that this Court has ignored Plaintiff's consistent statements of

25

26   [1] In the initial complaint, Plaintiff alleged that, while he was housed at SVSP from September
     2018 to January 2020, SVSP warden T. Foss[1] refused to provide treatment for his serious medical
27   needs.  ECF Nos. 1, 10.  On March 23, 2021, the Court denied defendant Foss's motion for
     summary judgment for failure to exhaust administrative remedies but granted defendant Foss's
28   motion to dismiss the complaint for failure to state an Eighth Amendment claim.  ECF No. 31.
     The Court dismissed the initial complaint with leave to amend.  ECF No. 31.

United States District Court
Northern District of California

United States District Court
Northern District of California

1  distress and his need for hospitalization; that he has been denied all medical care; and that he

2  requires evaluation for immediate gastrointestinal and orthopedic surgery.  ECF No. 47.

3  　　　　Plaintiff has not filed a second amended complaint, and the deadline to do so has long

4  since passed.  If Plaintiff's case files were destroyed, he may bring suit against defendants for

5  interfering with his First Amendment right to access the courts.  However, this action cannot

6  proceed without an operative complaint, regardless of the reason for failing to file an amended

7  complaint.  Accordingly, this action is DISMISSED without prejudice for failure to file a second

8  amended complaint.[2]  The Clerk shall enter judgment in favor of Defendants and against Plaintiff,

9  and close the case.

10  　　　　**IT IS SO ORDERED.**

11  Dated:  March 28, 2022



　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [2] Any motion to reopen this action must be accompanied by a proposed second amended complaint.